UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-24755-PCH

**OSCAR HERRERA**,

    Plaintiff,

vs.

**BLUEMERCURY, INC.,**
**a foreign for-profit corporation**,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Plaintiff respectfully requests that the Court provide the parties twenty (20) days from the date of filing this Notice to stay all deadlines, which will allow the parties to finalize their settlement agreement and submit the required dismissal document dismissing this case with prejudice.

Dated: January 9, 2025

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By: _s/ Roderick V. Hannah_ | By: _s/ Pelayo M. Duran_ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |